UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

Feroniki Katerini Kutsomarkos,

Case No. 20-43741
Chapter 7
Hon. Mark A. Randon

Debtors.
_____/

Kenneth Nathan, Trustee,

    Plaintiff,

vs.

Chris Markos and
Rak Dixit a/k/a Rakesh Dixit

Adversary Proceeding
Case No. 22-4030

    Defendants
_____/

## EX PARTE MOTION TO REOPEN ADVERSARY PROCEEDING

NOW COMES, Defendant, Chris Markos (" Defendant") by and through its attorneys, GOLDSTEIN BERSHAD & FRIED P.C., and submits this Motion to Reopen Adversary Proceeding:

1. The above captioned adversary proceeding was filed on March 4, 2022 ("Lawsuit").

2. A default judgment was entered against the Defendant on April 12, 2022. Subsequently the case was closed on April 13, 2022

3. Concurrently with the filing of this motion the Defendant has filed a Motion to Set Aside Default Judgment.

4. The Defendant requests that the Court reopen the Adversary Proceeding so as to adjudicate the Motion to Set Aside the Default Judgment.

WHEREFORE, the Defendants prays this Honorable Court to Reopen the Adversary Proceeding.

GOLDSTEIN BERSHAD & FRIED PC

By: /s/ Scott Kwiatkowski
    Scott Kwiatkowski (P67871)
    Attorney for Defendant
    4000 Town Center, Suite 1200
    Southfield, MI 48075
    (248) 355-5300
    (248) 355-4644 Fax
    email: Scott@bk-lawyer.net

Dated: October 28, 2022

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

Feroniki Katerini Kutsomarkos,

    Debtor.
_____/

Kenneth Nathan, Trustee,

    Plaintiff,

vs.

Chris Markos and
Rak Dixit a/k/a Rakesh Dixit

    Defendants.
_____/

Case No. 20-43741
Chapter 7
Hon. Mark A. Randon

Adversary Proceeding
Case No. 22-4030

## ORDER REOPENING ADVERSARY PROCEEDING

This Court having considered Defendant's Ex Parte Motion to Reopen Adversary Proceeding, and the Court finding that Defendant is entitled to the relief requested:

IT IS HEREBY ORDERED that Adversary Proceeding 22-4030 is reopened.