UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

FERONIKI KATERINI KUTSOMARKOS        Chapter 7
                                      Case No. 20-43741-mar
Debtor                                Hon. Mark A. Randon
_____/

KENNETH NATHAN, TRUSTEE,

    Plaintiff,

V

CHRIS MARKOS and
RAK DIXIT A/K/A RAKESH DIXIT          Adv. Pro. No. 22-04030-mar

    Defendants.
_____/

**STIPULATION FOR ENTRY OF ORDER EXTENDING TIME TO RESPOND TO DEFENDANT CHRIS MARKOS MOTION TO SET ASIDE DEFAULT JUDGMENT (ECF 15) AND FOR DEFENDANT TO REPLY AND ADJOURNING HEARING ON MOTION TO SET ASIDE DEFAULT JUDGMENT**

    Plaintiff, Kenneth Nathan, Trustee, and Defendant, Chris Markos stipulate to entry of an Order Extending Time to Respond to Defendant Chris Markos Motion to Set Aside Default Judgment and For Defendant to Reply and Adjourning Hearing on Motion to Set Aside Default Judgment in the form attached.

| **GOLDSTEIN, BERSHAD & FRIED, PC** | **OSIPOV BIGELMAN, P.C.** |
|---|---|
| /s/ Scott Kwiatkowski | /s/ Thomas D. DeCarlo |
| SCOTT KWIATKOWSKI (P68781) | THOMAS D. DeCARLO (P65330) |
| Attorney for Defendant, Chris Markos | JEFFREY H. BIGELMAN (P61755) |
| 4000 Town Center | Attorneys for Plaintiff |
| Suite 1200 | 20700 Civic Center Drive, Ste. 420 |
| Southfield, MI 48075 | Southfield, MI 48076 |
| Phone: (248) 355-5300 | Phone: (248) 663-1800 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

FERONIKI KATERINI KUTSOMARKOS	Chapter 7
	Case No. 20-43741-mar
Debtor	Hon. Mark A. Randon
_____/

KENNETH NATHAN, TRUSTEE,

    Plaintiff,

V

CHRIS MARKOS and
RAK DIXIT A/K/A RAKESH DIXIT	Adv. Pro. No. 22-04030-mar

    Defendants.
_____/

**ORDER EXTENDING TIME TO RESPOND TO DEFENDANT
CHRIS MARKOS MOTION TO SET ASIDE DEFAULT JUDGMENT
(ECF 15) AND FOR DEFENDANT TO REPLY AND ADJOURNING
HEARING ON MOTION TO SET ASIDE DEFAULT JUDGMENT**

    THIS MATTER came before the Court on the Stipulation of Plaintiff, Kenneth Nathan, Trustee, and Defendant, Chris Markos, for an Order Extending Time to Response to Defendant Chris Markos Motion to Set Aside Default Judgment (ECF 15) and for Defendant to Reply and to Adjourn Hearing on Motion to Set Aside Default Judgment. On October 28, 2022, Defendant, Chris Markos, filed an Ex Parte Motion to Reopen adversary Proceeding (ECF 14) and a Motion to set Aside Default Judgment (ECF 15). On November 2, 2022, this Court entered its Order Reopening Adversary Proceeding (ECF 16) that specified dates by which responses would be filed and a hearing would be held. The parties have request that this Court reschedule certain deadlines as well as the hearing on the Motion, as evidenced by their signatures on the Stipulation for entry of this Order. This Court has reviewed the Stipulation and proposed Order and is otherwise sufficiently advised in the

premises. It is therefore

ORDERED that Plaintiff shall have until November 21, 2022, to file a Response to Defendant's Motion. It is further

ORDERED that Defendant shall have until December 1, 2022, to file a Reply to Plaintiff's Response. It is further

ORDERED that this Court will conduct a hearing on Defendant's Motion to Set Aside Default Judgment on December 19, 2022, at 2:00 p.m.