UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Feroniki Katerini Kutsomarkos,     Case No. 20-43741
                                                                 Chapter 7
              Debtor.                                 Hon. Mark A. Randon
_____/
Kenneth Nathan, Trustee,

            Plaintiff,
vs.

Chris Markos and
Rak Dixit a/k/a Rakesh Dixit                  Adversary Proceeding
                                                           Case No. 22-4030

            Defendants.
_____/

## **ORDER ADJOURNING HEARING**

This matter having come on to be heard upon the Stipulation for Entry of Order Adjourning Hearing and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Set Aside Default Judgment is adjourned from December 19, 2022 at 2:00 p.m. to **January 23, 2023 at 2:00 p.m.**

*Note: Judge Randon is conducting all conferences and non-evidentiary hearings by telephone. At least five minutes prior to scheduled time for hearing, counsel and parties should call 1-(888)363-4734 and use Access Code 2795304. Please place phone on mute and wait until your case is called. Once case is called, unmute phone and participate*

**Signed on December 15, 2022**



/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**