UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

| | |
|---|---|
| In re: | Chapter 7 |
| Feroniki Katerina Kutsomarkos, | Case Number 20-43471 |
| Debtor. | Hon. Mark A. Randon |
| _____/ | |
| Kenneth Nathan, | |
| Plaintiff, | |
| v. | Adversary Proceeding Case No.: 22-04030 |
| Chris Markos and Rak Dixit, | |
| Defendants. | |
| _____/ | |

## ORDER SETTING ASIDE DEFAULT JUDGMENT

On April 12, 2022, the Court entered a default judgment against Chris Markos in the amount of $100,000 plus costs, interest, and attorney's fees. On October 28, 2022, Chris Markos filed a motion to set aside the default judgment. The Court heard argument on January 23, 2023. For the reasons stated on the record, the motion is **GRANTED**. The default judgment is **SET ASIDE** as void for improper service under Federal Rule of Civil Procedure 60(b)(4) and for excusable neglect under Federal Rule of Civil Procedure 60(b)(1).

Chris Markos must file an answer or otherwise respond to the complaint by *February 6, 2023*.

**IT IS ORDERED**.

**Signed on January 24, 2023**



/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**